Matter of Bossert (2025 NY Slip Op 04953)

Matter of Bossert

2025 NY Slip Op 04953

Decided on September 11, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 11, 2025

PM-201-25
[*1]In the Matter of Cedric Charles Bossert, an Attorney. (Attorney Registration No. 2021301.)

Calendar Date:September 8, 2025

Before:Clark, J.P., Aarons, Lynch, Ceresia and Fisher, JJ.

Cedric Charles Bossert, Gingins, Switzerland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Cedric Charles Bossert was admitted to practice by this Court in 1985 and lists a business address in Gingins, Switzerland with the Office of Court Administration. Bossert now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Bossert's application.
Upon reading Bossert's affidavit sworn to July 1, 2025, and filed July 14, 2025, and upon reading the August 26, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Bossert is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Aarons, Lynch, Ceresia and Fisher, JJ., concur.
ORDERED that Cedric Charles Bossert's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Cedric Charles Bossert's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Cedric Charles Bossert is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Bossert is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Cedric Charles Bossert shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.